1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  GURMUKH KAUR SINGH,              ) No. C 07-5939 TEH
                                     )
13               Petitioner,         )
                                     ) DECLARATION OF ILA C. DEISS IN
14       v.                          ) SUPPORT OF RESPONDENTS' RETURN
                                     ) IN OPPOSITION TO THE PETITION FOR
15  MICHAEL CHERTOFF, Secretary of the ) A WRIT OF HABEAS CORPUS
    Department of Homeland Security; )
16  EMILIO C. FLORES, Chief of       )
    Correction, Santa Clara County, Department )
17  of Correction;                   )
    NANCY ALCANTAR, Field Office Director, )
18  Office of Detention and Removal, )
    Immigration and Custom Enforcement; )
19  MICHAEL MUKASEY, United States Attorney )
    General,                         )
20               Respondents.        )
                                     )
21

22      Pursuant to Local Rule 7-5 and 28 U.S.C. § 1746, I, Ila C. Deiss, declare as follows:

23      1. I am employed as an Assistant United States Attorney for the Northern District of California

24  and have been assigned *Singh v. Chertoff*, C 07-5939 TEH. As such, I have personal knowledge of

25  the following facts and could testify regarding these facts if called to do so.

26      2. When I was assigned this case, the United States Immigration and Customs Enforcement

27  ("ICE") provided me portions of Petitioner's Alien file.

28      3. Attached as Exhibit A is a true and correct copy of a Warrant of Removal/Deportation,

Declaration of Ila C Deiss
C07-5939 TEH                              1

1  issued by ICE for Petitioner on November 16, 2004.

2   4.  Attached as Exhibit B is a true and correct copy of Petitioner's Bag and Baggage letter,
3  dated March 15, 2005, reflecting his failure to appear, dated April 25, 2005.

4   5.  Attached as Exhibit C is a true and correct copy of ICE's Post Order Custody Review Work
5  Sheet, dated May 3, 2007.

6   6.  Attached as Exhibit D is a true and correct copy of a letter dated March 9, 2007, from ICE
7  to the Embassy of India in Washington DC.

8   7.  Attached as Exhibit E is a true and correct copy of Petitioner's applications for a duplicate
9  passport, dated March and August 2007.

10  I declare under penalty of perjury that the foregoing is true and correct and that this declaration
11 was executed under the laws of the United States on this 4th day of January 2008, in San
12 Francisco, California.

                                /s/
                                ILA C. DEISS
                                Assistant United States Attorney

Declaration of Ila C Deiss
C07-5939 TEH                              2