# Exhibit A

U.S. DEPARTMENT OF HOMELAND SECURITY

Immigration and Customs Enforcement

# Warrant of Removal/Deportation

File No:  A74 321 902

Date:  December 8, 2004

**To any officer of the United States Immigration and Customs Enforcement:**

**SINGH-Kaur, Gurmukh**

(Full name of alien)

who entered the United States at     Douglas, Arizona     on     April 7, 1999

                                   (Place of entry)                              (Date of Entry)

is subject to removal/deportation from the United States, based upon a final order by:

☐ an immigration judge in exclusion, deportation, or removal proceedings

☐ a district director or a district director's designated official

☒ the Board of Immigration Appeals

☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

Section 212(a)(6)(A)(i)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of: the appropriation, "Salaries and Expenses, Immigration and Naturalization Service."

(Signature of INS official)

Nancy Alcantar, Field Office Director

(Title of INS official)

November 16, 2004 San Francisco, California

(Date and office location)

Form I-205 (Rev. 4-1-97) N

To be completed by Service officer executing the warrant:
Name of alien being removed:

_____ SINGH-Kaur, Gurmukh _____

Port, date, and manner of removal: _____

Photograph of alien
removed

Right index fingerprint
of alien removed

_____
(Signature of alien being fingerprinted)

_____
(Signature and title of INS official taking print)

Departure witnessed by: _____
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____

If self-removed (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of INS official)

Form I-205 (Rev. 4-1-97) N

# Exhibit B

# UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Immigration and Customs Enforcement
630 Sansome Street
San Francisco, California 94111

File No.    A74 321 902
D-24
Date:    March 15, 2005

Gurmukh SINGH-Kaur
1817A - 6th Street
Berkeley, CA 94710



As you know, following a hearing in your case you were found removable and the hearing officer has entered an order of removal. A review of your file indicates there is no administrative relief which may be extended to you, and it is now incumbent upon this Service to enforce your departure from the United States.

Arrangements have been made for your departure to _____ India _____ on (country)

_____ April 19, 2005 - Tuesday _____ from _____ San Francisco, California _____ on the (date)    (port of departure)

Transportation to be provided by the Government
(name of vessel, airline, or other transportation)

You should report to a United States Immigration Officer at Room ___ 548(5th Floor)Window A ___ (No.)

630 Sansome Street, San Francisco, California 94111 ___ at ___ 9:30 a.m. on April 19, 2005 ___ (address)    (hour and date)

completely ready for deportation. At the time of your departure from _____ San Francisco, California _____ (place of surrender)

you will be limited to _____ see attachment _____ pounds of baggage.

Should you have personal effects in excess of this amount, you must immediately contact

_____ Deportation Officer _____ at _____ (415) 844-5531 _____, or call in person at the (name of officer)    (phone no. and ext.)

address noted above, and appropriate disposition of your excess baggage will be discussed with you.

Very truly yours,

Nancy Alcantar
Field Office Director

cc: File

atty: Olumide K. Obayemi

Form I-166
(Rev. 4-1-69)



# Exhibit C

# POST ORDER CUSTODY REVIEW WORKSHEET

**Detainee Name:**     SINGH-Kaur, Gurmukh

**AKA(s):**     None

**Date of Birth:**     10/11/1977     **A Number:**     A74 321 902

**Place of Birth:**     India     **Nationality:**     India

**Date of Last Arrival:**  April 07, 1999     **Place of Arrival:**     Douglas, AZ

**Status at Last Entry:** WI     **Last Date into ICE Custody:** January 31, 2007

**Entered ICE Custody from:**     ☐  **Local, State, or Federal Institution**
                                       **Institution Name/Location:**
                                       **BOP/ Institution Numbers:**

                                     ☒  **Other:** FUGITIVE OPERATIONS UNIT

**Deportation Case Officer:**  R.J. Abella          **Review Date:** 05/02/2007
     **Contact Phone #:**     (415) 844-▮▮▮▮

**ICE Location Detained and DCO:** Santa Clara County Jail

## Deportation/Exclusion/Removal Proceedings

**List all Charges:**     ☐     Section 237 (a)(2)(A)(iii)
                          ☒     Section 212 (a) (6) (A) (i)
                          ☐     Section 241 (a)

☒ Under <u>Final Order</u> dated: 04/09/2003 By ☐ IJ ☒ BIA ☐ Other:

☐ Appeal Waived/Appeal Time Elapsed

Habeas filed: ☐ Yes/ Date & Location filed          ☒ No

Stay Issued in Case: ☒ No ☐ Yes/Why and Who Issued:

## Legal Representative / Attorney

**G-28 Filed:**     ☒ Yes     ☐ No

**Notification of Review Made:** ☐ No     ☒ Yes  By:     R.J. Abella. D.O./SFR

**Name of Representative / Attorney:** Martin Guajardo. Esq.

**Mailing Address:**     552 Clay St.          **Telephone Number:**
                         San Francisco, CA 94111
**Present during interview:**     ☐ Yes ☒ No

**Immigration History:** (Prior ICE arrest[s]/parole/bond/custody information/adjustment. benefits granted (TPS, DED, withholding, etc.))

04/07/1999 – Subject entered the United States without inspection through Douglas, AZ.. Subject was apprehended by Border Patrol and processed for a NTA.

04/07/1999 – NTA served in Tucson, AZ.

04/26/1999 – IJ grants subject $3500.00 bond.

04/27/1999 – Subject bonds out of INS custody.

04/29/1999 – IJ grants COV to SFR.

10/13/1999 – Subject files I-589.

02/23/2001 – IJ denies asylum and withholding, and orders subject removed to India.

03/12/2001 – Subject filed an appeal of the IJ decision with the Board of Immigration Appeals (BIA).

04/09/2003 – The BIA dismissed and affirmed the IJ decision.

04/24/2003 – Subject files 9cca Petition For Review #03-71721

11/16/2004 – 9cca Petition For Review is denied & mandate is issued.

12/08/2004 – ICE mailed out a Form I-340 for surrender on January 12, 2005.

01/12/2005 – Subject failed surrender.

02/14/2005 – Subject filed a Motion to Reopen with the BIA.

04/11/2005 – The BIA denied the subject's motion to reopen.

01/31/2007 – Subject entered ICE custody after being apprehended by Fug Ops Unit.

03/14/2007 – Subject filed a Motion to Reopen with the BIA.

04/30/2007 – The BIA dismissed appeal for lack of jurisdiction.

**NCIC Checks:**        ☐ Criminal History        ☒ No record Found
                          (State and Federal)

**Criminal History:** (list convictions, sentence, date, court, and include a summary of other NCIC arrests, failures to appear, etc.)

NON-CRIMINAL ALIEN

(DO NOT FORWARD A COPY OF THE NCIC PRINTOUT TO HQCDU)

## Institutional / Disciplinary Record

**Did the detainee have prior Disciplinary Reports?**    ☐ Yes    ☒ No

    If Yes, List & Describe:

    Source:

**Disciplinary reports and incidents while in ICE Custody?**    ☐ Yes    ☒ No

    If Yes, List & Describe: If Yes, List & Describe:

    Source:

## Specifics of Review

**Date of File Review:** 05/02/2007

**Date of Detainee Interview:**  02/08/2007

**Location of Interview:** San Francisco, CA detention

**Reviewing/Interviewing Officer:** #1: R.J. Abella, D.O.

                       #2:

**Interpreter Used:** (If subject was interviewed)    ☒ Yes    ☐ No
**Name:**       AT&T INTERPRETER SERVICES/ OPERATOR #261217
**Language/Dialect:**    HINDI

**Discussion at interview/review:**

# File
# Review
# Only

## Travel Document Status/History:

List aliens attempts to get travel documents and status (to include any actions alien has taken to *prevent* removal, and date of service of I-229(a) and Instruction Sheet to Detainee):

02/08/2007 – Warning for Failure to Depart (I-229a) served on alien.
03/09/2007 – TD mailed out to General Consulate of India in San Francisco, CA and to the Indian Embassy in Washigton, D.C.
03/09/2007 – TD assistance requested from HQ
04/27/2007 – Emailed ▮▮▮▮▮▮ @ HQ/TDU, and he instructed me that there were no updates and that the Indian Embassy was still working on TD.

List ICE's attempts to obtain a travel document and status:

02/08/2007 – POCR Notice served to alien
02/08/2007 – Warning for Failure to Depart (I-229a) served on alien.

**Does the detainee have a place to live in the United States?**     ☒ Yes     ☐ No
    Describe:     54 Heather Drive, San Pablo, CA 94806

**Is the detainee subject to any parole or probation requirements?**     ☐ Yes     ☐ No
    Describe:

**Does the detainee have close family ties within the United States?**     ☒ Yes     ☐ No
    Describe:     Parents and siblings in U.S.

**Does the detainee have community ties or non-governmental sponsors?**     ☐ Yes     ☒ No
    Describe:     No evidence submitted

**Does the detainee have any employment prospects?**     ☐ Yes     ☒ No
    Describe:     No evidence submitted.

**What is the detainee's employment history?**
    Describe:     No evidence submitted.

**What is the detainee's educational level?**
    Describe:     No evidence submitted

**Does the detainee have any vocational training?**     ☐ Yes     ☒ No
    Describe:     No evidence submitted

**Has the detainee submitted any evidence of rehabilitation, courses while in prison, etc?**
    Describe:     No evidence submitted

### Medical/Psychological Concerns

**Does the detainee have any medical or psychological issues:**     ☐ Yes     ☒ No

**Description (to include Date and Source):**

Other documentary evidence for consideration in this review (include any documentation submitted by detainee):   Nothing submitted by subject.

## Special Circumstances Concerns

Does the detainee appear to meet any of the criteria of 8 CFR 241.14 for continued detention?

    ☒ No     ☐ Yes (indicate below):

☐    Aliens with a Highly Contagious Disease that is a Threat to Public Safety [8 CFR § 241.14(b)].

☐    Aliens Detained on Account of Serious Adverse Foreign Policy Consequences of Release [8 CFR § 241.14(c)].

☐    Aliens Detained on Account of Security or Terrorism Concerns [8 CFR § 241.14(d)].

☐    Detention of Aliens Determined to be Specially Dangerous [8 CFR § 241.14(f)].  Aliens who pose a threat to the public because they have committed a crime of violence, have a mental disorder and behavior associated with the disorder, and are likely to be violent in the future.

All cases that may possibly meet any of these provisions must be coordinated with HQCDU per existing guidance.

# Officer Comments/Analysis & Recommendation

The subject is a 29-year-old citizen and national of India who is under a final order of removal pending the issuance of a travel document. The Fugitive Operations Unit took the subject into ICE custody on January 31, 2007. Subject has been a fugitive since January 12, 2005. Subject was notified of upcoming review by personal service on February 08, 2007.

Positive factors: Subject has strong family ties in the area and is a non-criminal alien. He has no wants or warrants in reference to an IBIS check done on April 30, 2007.

Negative factors: Subject is an absconder fugitive who has evaded his removal by avoiding surrendering to this Agency. He also failed to comply and fill out his Travel Document application.

After carefully reviewing the subject's file, the subject is a final order alien who is awaiting the issuance of a travel document. His travel document has been pending with the Consulate General of India and Headquarters since March 08, 2007. He has already filed appeals to BIA and the 9CCA and there is little likelihood of obtaining any form of relief. Subject is also an absconder fugitive who has failed to appear for removal in the past and is considered a flight risk. Headquarter follow ups have not resulted in the issuance, to this date, of subject's travel document. Mr. [redacted] of HQ/TDU indicates that the Embassy of India is still working on processing his travel document. I recommend subject be kept in custody another 90 days until the time comes when we can obtain a travel document to remove him from the United States.

| | |
|---|---|
| Reviewing Officer #1<br>Name/Title: **R.J. Abella/Deportation Officer** | Date: MAY 03 2007<br>Signature: |
| Reviewing Officer #2<br>Name/Title: **Yakov Grinberg, SDDO** | Date: 5.3.7 Concur.<br>Signature: |
| Supervisory Reviewing Officer<br>Name/Title: **Anthony Aiello, AFOD** Concur | Date: 5/3/07<br>Signature: |

## DECIDING OFFICIAL'S CUSTODY DETERMINATION

☐ RELEASE FROM CUSTODY / ORDER OF SUPERVISION

☒ CONTINUE IN CUSTODY - RETAIN CUSTODY JURISDICTION

☐ CONTINUE IN CUSTODY - REFER TO HQCDU

Comments:

*Make sure we do followups at HQ on TD —*

ICE Field Office: San Francisco, CA

Signature of Field Office Director: _Alcanta_    Date: 5/7/07

Deciding Official Name:    Nancy Alcantar, Field Office Director

Exhibit D



*rice of Detention and Removal Operations*

U.S. Department of Homeland Security
630 Sansome St., 5th Floor
San Francisco, CA 94111

**U.S. Immigration
and Customs
Enforcement**

March 9, 2007

Embassy of India
Attn: Mr. R.K. Chhibber, Consular Section
2107 Massachusetts Avenue, N.W.
Washington, D.C. 20008

**Re: SINGH, Gurmukh, A74 321 902**

Dear Mr. Chhibber:

The above subject, a native and citizen of India, is currently in the custody of U.S. Immigration and
Customs Enforcement pursuant to a final order of removal. It is now incumbent upon this office to
effect his removal from the United States. As such, it is respectfully requested that a travel
document be issued to allow his return to India.

Enclosed, you find a photocopy of Mr. Singh's Punjab Drivers License.

To reduce detention time and costs, your expeditious handling of this request would be greatly
appreciated. If we may be of any assistance in this matter of mutual interest, please do not hesitate to
contact Deportation Officer Abella at (415) 844-5557 or, Supervisory Deportation and Detention
Officer Grinberg, at (415) 844-5516.

Sincerely,

Anthony M. Aiello
Assistant Field Office Director

Enclosures

Exhibit E



Affix 2" x 2" photo here. Lost passport applicants should supply seven (7) photos.

# Consulate General of India
## San Francisco
### Personal Particulars Proforma

(Submit 7 copies for issue of duplicate passport in lieu of lost passport
and 3 copies by applicants for Police Clearance Certificate )

1. Name __GURMUKH   SINGH - KAUR .__
   (First, Middle, Last)

2. Aliases, if any _____

3. Name of Father/Husband __BALDIR   SINGH .__

4. Date and place of birth __11 , 10 , 77 , BHANGARPUR , PUNJAB, INDIA__
   Day    Month    Year    Place

5. Nationality __INDIA__

6. Occupation __FARMER .__

7. Present address __54  HEATHER  DRIVE ,  SAN PABLO , CA__

8. Permanent address in India __TEHSIL  NAWA SHER__
   __JILLA : NAWA SHER   BHANGARPUR , PUNJAB , INDIA__

9. Details of lost passport Number ____N/A__

   Date of issue (dd/mm/yyyy) ____ / ____ / ____ Place of issue ____

10. Exact date of loss of passport (dd/mm/yyyy) ____ / __N/A__ / ____

11. Exact date of lodging loss report with the local police (dd/mm/yyyy) ____ / ____ / ____

12. Exact date from which the applicant has been residing abroad (dd/mm/yyyy) __07 / 04 / 1999__

Signature of Applicant __GURMUKH SINGH__ Date __8 . 3 . 07__

## FOR OFFICIAL USE

13. Whether loss of passport circular has been found by the concerned PIA.

Affidavit to be submitted by all Indian nationals applying for Emergency Certificate or (travel document) for travel back to India

I, (name) _SINGH , GURMUKH_ S/o _____
hereby solemnly affirm and state that:

☒ I was born on (date) _11|0|77_ at (name of village, address)
_TEHSIL  NAWA SHER , JILLA: NAWA SHER  BHANGARPUR PUNJAB_

☐ I traveled to USA on my passport No. _____ issued at (name of passport office) _____ dated_____ valid upto
_____

☐ I had applied for grant of political asylum in USA

☐ I did not apply for political asylum in USA

☐ My application for political asylum was rejected

☐ My application for political asylum has been accepted

☒ I am applying to Consulate General of India, San Francisco for issue of an EC / travel document (give reasons
_____
_____
_____

☒ I solemnly affirm that I owe allegiance to the sovereignty and integrity of India.

I confirm that the above information is true to best of my knowledge and belief.
(delete items not applicable and sign)

Signature
Name _GURMUKH SINGH_
Date _8_ / _3_ /200_8_
Place _SAN FRANCISCO , CA_
A No. _74 321 902_

CONSULATE GENERAL OF INDIA
540 Arguello Boulevard
SAN FRANCISCO
CA-94118
PERSONAL PARTICULARS IN RESPECT OF DETAINEE FOR VERIFICATION
OF HIS/HER NATIONALITY (PLEASE FILL IN THIS FORM IN TRIPLICATE)

1.   (a)   FULL NAME:        GURMUKH SINGH · KAUR
           (in block letters)

     (b)   Aliases, if any:
           (block letters)

     (c)   Previous name(s) (if you have
           ever changed you name):

     (d)   Maiden name (in case of married    N/A
           woman/widow/divorcee):

2.   Date of birth: 11 / 10 / 77    3. Place of Birth: P BHANGARPUR, PUNJAB, INDIA
                   (day)(month)(year)

4.   Height: 5'09"   5. Colour of eyes: BRN    6. Colour of hair: BLACK

5.   Profession: FARMER.

6.   Detailed address of usual residence    TEHSIL NAWA SHER
     in India of the detainee:              JILLA: NAWA SHER.
     (House No., Street No., Area, City,     BHANGARPUR, PUNJAB, INDIA
     or Village, Post Office, District,
     etc.)

7.   Name of father: BALDIR SINGH

8.   Detailed address of usual residence    SAME AS #6.
     in India of the father of the
     detainee:
     (House No., Street No., Area, City,
     or village, Post Office, District,
     etc. (If father not alive, please
     furnish his last address.)

9.   Names of two persons known to    1.  SURJIT SINGH (FRIEND)
     detainee in the place of his          SAME AS #6
     usual residence in India
     with detailed address:

                                      2.

- 2 -

PARTICULARS OF THE PASSPORT/TRAVEL DOCUMENT PREVIOUSLY HELD

(1)    Did you ever hold a passport/Travel Document?        Yes / No /[Cross out not
                                                                 applicable]

(2)    If so, please furnish the following particulars:

        a)    Number:

        b)    Date of issue:        *N/A*

        c)    Place of issue:

(Note: If the Passport/travel document or its photocopy is available, the same should be submitted
        with this proforma.)


DECLARATION OF APPLICANT:

        I Solemnly declare that -

(a)    I am a citizen of India,

(b)    I have not voluntary acquired citizenship of another country, and

(c)    the information given by me in reply to the question in this form is true.


Place:   SAN FRANCISCO, CA

Date:    03/08/07                        — GURMUCK SINGH
                                         (Signature or thumb impression of the detainee)


Please attach
one Photograph
Here, with each
form.

(TWO SPECIMEN SIGNATURES OR THUMB IMPRESSION)

1.   GURMUKHASINGH

2.   _____





Serial No...........,............

GOVERNMENT OF PUNJAB
MOTOR VEHICLES DEPTT.
FORM 6
FORM OF DRIVING LICENCE
[See rules 16 (I))]

Name of the Licence Holder.......................................
LAKHWINDER Singh

Son/Wife/Daughter of............................................
SH. BALDIR SINGH



(Part of the seal and signature of the Licencing Authority to be on the Photograph and part on the driving licence)

Name to be written accross the photograph

Specimen sig-
nature/thumb
impression of-
holder of the
licence

signature and
nesignation
licencing
authority.

Driving Lincence Number..... 290 97 20

Date of Issue..... 15-6-1997

Name.. LAKHWINDER SINGH

Son/Wife/Daughter of... BALBIR SINGH

Permanent Address... DHANGREHRI

(if any) TEH. MALOXNGHIAN AL (PB India)

Temporary Address... NEAR LHE STAND. JALANDHER (PB)

Date of Birth... 10-07-1977

Educational Qualifications...........................

Blood Group with RH factor.......................

The holder of this licence is licenced to drive throughout India vehicles of the following description

Motor cycle without gear.

Motor cycle with gear.

Invalid carriage

Light motor vehicle    For L.M.V.CCCY

Medium goods vehicle

Medium passenger motor vehicle

Heavy goods vehicle

Heavy passenger motor vehicle

A motor vehicle following description :—

| The licence to drive a motor vehicle other than transport vehicle is valid from....................... to....................... | The licence to drive transport vehicle is valied from.. 16-06-1997 to.. 14-6-2002 |

Name and designa-    Signature    and
tion of the Authority    designation of the
who conducted the    Licencing URTY
driving test.    LICENSI Authority (Pb)
    Jalan....

Exhibit F



U.S. Department of Homeland Security
Immigration and Customs Enforcement

---

*Office of the Field Director*

*630 Sansome Street, Room 590*
*San Francisco, CA 94111*

**SINGH-Kaur, Gurmukh**                                    A74 321 902
C/O IN AGENCY CUSTODY

## Decision to Continue Detention
## Following File Review

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of the Immigration and Customs Enforcement (ICE). This decision has been made based on a review of your record and consideration of no information submitted to ICE' reviewing officials in support of your application for release.

*(1) The Agency is continuing its efforts to obtain a travel document for your removal to India In addition your history of absconding from the Agency indicates that you present an unacceptable flight risk.*

Therefore, pursuant to the authority contained in Sections 236 and 241 of the Immigration and Nationality Act, and parts 236 and 241 of the Code of Federal Regulations, I have determined that you shall continue to be detained in the custody of the Service pending further review.

Based on the above, you are to remain in ICE custody and your case be transferred to ICE Headquarters Post-Order Detention Unit in Washington D.C. Further review will be conducted by that unit and you will be notified of this at the earliest possible convenience. It is in your best interest to maintain proper behavior while awaiting this review. If you have any questions please contact: <u>Assessment Officer    at:</u>

(Officer Name)

<u>ICE Enforcement, Post Order Detention Unit 801 I street, Suite 800 Washington D.C. 20536</u>

Nancy Alcantar / Field Office Director                    8/3/07
                                                          Date

(Page 1 of 2)

Decision to Continue Detention Following File Review
Page 2
SINGH-Kaur, Gurmukh (A74 321 902)

## PROOF OF SERVICE

**(1)    Personal Service (Officer to complete both (a) and (b) below.)**

(a)    I    E. Acala    , Deportation Officer
　　　　　　　Name of ICE Officer　　　　　　　　　　　　　　　Title
certify that I served    Singh - Kaur, Gurmukh    with a
　　　　　　　　　　　　　　　Name of detainee
copy of this document at    SFR/DRO    on    8·8·04    .
　　　　　　　　　　　　　Institution　　　　　　　　　　Date
at    1045    .
　　　Time

(b)    I certify that I served the custodian _____ .
　　　　　　　　　　　　　　　　　　　　　　　　　　Name of Official

_____ , at _____ , on
　　　　Title　　　　　　　　　　　　　　　Institution
_____ with a copy of this document.
　　Date

<center>OR</center>

**(2)    Service by certified mail, return receipt. (Attach copy of receipt)**

　　　I _____ , _____ , certify
　　　　　　　Name of ICE Officer　　　　　　　Title
that I served _____ and the custodian _____
　　　　　　　Name of detainee　　　　　　　　　　　　　　　Name of Official
with a copy of this document by certified mail at _____ .
on _____ .　　　　　　　　　　　　Institution
Date

( ) CC: Attorney of Record or Designated Representative
(X) CC: A-File
(Page 2 of 2)

X GURMUKH SINGH KAUR

Right Index