IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GURMUKH KAUR SINGH,                               No. CV 07-05939 TEH

    Plaintiff,

  v.                                                                **JUDGMENT IN A CIVIL CASE**

MICHAEL CHERTOFF,

    Defendant.
_____/

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (XX) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is DENIED.

Dated: 3/10/08                                                   Richard W. Wieking, Clerk

                                                                               By: R.B. Espinosa
                                                                               Deputy Clerk